No. 44376.—Protest 967553–G of Wm. Shaland (New York).

Opinion by DALLINGER, J. It was stipulated that the banks in question are similar to those the subject of Abstract 42749. The claim as hollow ware at 40 percent under paragraph 339 was therefore sustained.

No. 44377.—Protest 32091–K of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20) the paperweights in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 44378.—Protest 29616–K of New York Mdse. Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of tape measures similar to those the subject of Abstract 43372. The claim at 40 percent under paragraph 339 was therefore sustained.